**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

Case No.: 4:19-cv-00099-FL

| | | |
|---|---|---|
| SHREEE JI, INC. D/B/A DAYS INN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this Stipulation hereby stipulate to the dismissal with prejudice of this entire action, including all claims, cross-claims, and counterclaims which were or may have been brought against one another in this action, with each party to bear its own attorney's fees and costs.


WE SO STIPULATE:

PHELPS DUNBAR LLP                                    LUFT LAW GROUP


 /s / Kevin M. O'Brien_____          /s/ Ryan Luft- with permission
Kevin M. O'Brien, Esq. (N.C. Bar 43373)     Ryan Luft, Esq.
GlenLake One                                                 631 South Elm Street, Suite B
4140 ParkLake Avenue, Suite 100               Greensboro, NC 27406
Raleigh, NC 27612                                          (336) 638-1789
(919) 789-5300                                                ryan@luftlaw.com
kevin.obrien@phelps.com                             *Attorneys for Plaintiff*
*Attorneys for Defendant*


October 9, 2019                                             October 9, 2019
Raleigh, North Carolina                                Greensboro, North Carolina